IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEXINGTON INSURANCE COMPANY,
As Subrogee of Arkansas Steel Associates,
LLC                                                                                                  PLAINTIFF

v.                                    3:20-cv-319-DPM

WIRECO WORLDGROUP, INC.;
CASAR DRAHTSEILWERK SAAR GMBH
d/b/a/ CASAR; YARBROUGH CABLE
SERVICES, LLC; JACO CONSTRUCTION
COMPANY; HEAVY MACHINES, INC.;
MORGAN ENGINEERING SYSTEMS, INC.;
and JOHN DOES, I through X                                                              DEFENDANTS

## ORDER

The Clerk of Court has informed me that all parties did not waive the conflict I identified, *Doc. 67*. I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 April 2021